Kelly A. Sweeney, SBN 239613
Glenn C. Kelble, SBN 162935
Sweeney & Kelble APC
445 S. Figueroa St., 31st Floor
Los Angeles CA 90071
(310) 955-4050
kelly@ksgklaw.com; glenn@ksgklaw.com

Attorneys for Residential Investment Trust IV

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT CALIFORNIA

| | |
|---|---|
| In re U Street, LLC,<br><br>Debtor | Case No.: 23-23504-C-11<br><br>Chapter 11<br><br>**JOINDER TO US TRUSTEE'S MOTION TO DISMISS**<br><br>Date: October 10, 2024<br>Time: 11:00AM<br>Ctrm: 35<br>Judge: Hon. Christopher M. Klein |

Secured creditor, Residential Investment Trust IV ("**RIT IV**") joins in the US Trustee's Motion to Convert or Dismiss (Docket #62), and requests that the Court dismiss the Debtor's case.

In 2019, Anchor Loans, LP ("**Anchor**") made a $2,665,445 loan to U Street, LLC ("**Debtor**") for the purposes of constructing a multi-unit residential structure on seven parcels of land in Sacramento (the "**Property**") owned by Debtor (see Proof of Claim #2 filed by RIT IV on October 19, 2023 containing the note and deed of trust). The loan was secured by the Property. Debtor failed to pay off the loan at its maturity on October 1, 2020. Anchor assigned the loan and deed of trust to RIT IV in June 2022. RIT IV began foreclosure proceedings against the Property with the recording of a Notice of Default on February 1, 2023. RIT IV recorded a Notice of Trustee's Sale on May 9, 2023.

Debtor filed a pro se Chapter 7 bankruptcy case on August 20, 2023 to stop RIT IV's foreclosure on the Property. That bankruptcy case was dismissed on September 28, 2023. Debtor then filed this current Chapter 11 bankruptcy case on October 4, 2023.

Debtor filed an initial status report on October 19, 2023 (Doc #13), stating in part:

> All of the Debtor in Possession's assets are in the form of a real estate condominium project that is approximately 90% completed and have in excess of approximately $700,000 in equity.
> ...
> The Debtor is committed to pursuing multiple opportunities on concurrent paths to either immediately payoff its creditors through a refinance within 30 to 45 days or through a plan of reorganization, whereby it would seek the same resolution over a longer period of time.

Debtor's attorney has been representing to counsel for RIT IV throughout these proceedings that Debtor intends to refinance RIT IV's loan or sell the Property to pay off the loan (**Exhibit 1**).

On September 15, 2023, Debtor's attorney wrote:

> Thanks for reaching out. Yes, I am currently in the process of getting the case converted to an 11. As for your inquiry on next steps to resolve your client's claim, here is my client's response as of today:
>
> *We are in the process of securing private financing to settle our current lender and allocate the remaining funds required to complete our home project, which requires a relatively modest amount. Notably, we have garnered interest from several institutions keen on acquiring the standing units for workforce housing or rental communities. Our plan is to sell the entire project once we obtain the certificate of occupancy for the units.*
>
> More to follow on details of course, but its Debtor's goal to keep things moving forward for the benefit of all parties.

On October 6, 2023, Debtor's attorney wrote:

> My discussions with debtor's representatives earlier this week anticipated funding within 30 to 45 days to refinance your clients loan and likely result in the dismissal of the chapter 11. Of course as things get closer and specific details and terms start to come to light, I will keep you posted. I don't believe its my clients intentions are to ride out the chapter 11 and confirm a chapter 11 plan with financing on the horizon.

On February 7, 2024, Debtor's attorney wrote:

> I spoke with debtor's representative and confirmed that they have began construction and have a 90 day timeline to complete all three units and

refinance thereafter.

On March 7, 2024, Debtor's attorney wrote:

Debtor stated it should be completing units in 6 weeks and financing thereafter.

Despite Debtor's representations to the Court and to counsel for RIT IV, Debtor has done absolutely nothing to move its case forward. Debtor has not been working on the Property to position it for a sale or for a refinance to a non-construction mortgage.

The operating reports filed by Debtor in this case show no activity (Docs #25, 27, 31, 32, 36, 37, 55, 56, 57). If Debtor were working on completing the construction of the Property, the reports would show this.

RIT IV's representatives have made inspections of the Property during Debtor's bankruptcy cases on August 14, 2023, February 22, 2024, and April 5, 2024. These inspections reveal that little to no work has been performed on the Property (see attached photos). The Property appeared to be in the same condition as it was at the beginning of this bankruptcy case.

Furthermore, other than representations, Debtor has not provided any evidence that it is actively seeking to refinance RIT IV's loan.

Debtor has also not been paying property taxes on the Property. The Sacramento County property tax website shows that a total of $92,684.21 in taxes for prior years has not been paid and have incurred penalties and redemption penalties. A true and correct copy of the statements for the seven parcels from Sacramento County is attached as **Exhibit 3**. Failure to pay property taxes is a term of default under RIT IV's deed of trust.

RIT IV respectfully requests that the Court dismiss this case.

Dated:  September 24, 2024          Sweeney & Kelble APC


By:  /s/ Glenn C. Kelble
          Glenn C. Kelble
          Attorneys for Residential Investment
          Trust IV

## **Declaration of Glenn C. Kelble**

I, Glenn C. Kelble, declare as follows:

1.      I am the attorney for Residential Investment Trust IV.

2.      I have personal knowledge of the matters set forth in this declaration and if called upon to testify regarding this matter, I could and would competently testify to the contents herein.

3.      Attached hereto as **Exhibit 1** are emails between Debtor's attorney and myself.

4.      Attached hereto as **Exhibit 2** are photographs that my client's property inspector provided that they indicated were taken on the dates shown.

5.      Attached hereto as **Exhibit 3** are statements for past due property taxes on the seven parcels owned by Debtor which I obtained from Sacramento County's Online Property Tax Bill Information System on 9/24/2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on    9/24/2024                          ,  at   Los Angeles                          .
                *date*                                          *city, state*

              /s/ Glenn C. Kelble
              *signature*

              Glenn C. Kelble
              *printed name*

# Exhibit 1



Emails

**From:**        Gabe Liberman <gabe@4851111.com>
**Sent:**        Friday, October 6, 2023 10:11 AM
**To:**        Glenn Kelble
**Subject:**        RE: In re U Street, LLC

Morning Glenn:
My discussions with debtor's representatives earlier this week anticipated funding within 30 to 45 days to refinance your clients loan and likely result in the dismissal of the chapter 11. Of course as things get closer and specific details and terms start to come to light, I will keep you posted. I don't believe its my clients intentions are to ride out the chapter 11 and confirm a chapter 11 plan with financing on the horizon.

*Gabe Liberman*
*Attorney*

**LAW OFFICES OF GABRIEL LIBERMAN, APC**
**LIBERMAN & WATKINS, LLP**
**Office:** 916-485-1111 ext. 102
**Fax:** 916-437-4285
**E-mail:** gabe@4851111.com
**Visit us:** www.GabelibermanLaw.com
*New Sacramento Location:* *1545 River Park Drive, STE 530, Sacramento CA 95815*

*We would love your feedback. Post a review to our profile.*
*https://q.page/r/CWINf1vFMOr0EB0/review*

ACQUISITION NOTICE: The Law Offices of Gabriel Liberman acquired the following law firms: Hughes Financial Law, the Law Offices of John Tosney and CoBen & Associates. Our legal team is capable of bringing you some of the best legal services in California. We are honored to serve you.

CONFIDENTIALITY NOTICE: This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. THE INFORMATION CONTAINED IN THIS ELECTRONIC MAIL TRANSMISSION IS CONFIDENTIAL AND MAY BE PROTECTED FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK-PRODUCT PRIVILEGES. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender immediately by electronic mail or telephone at 916.485.1111, of any unintended recipients and delete the original message without making any copies.

**From:** Glenn Kelble <glenn@ksgklaw.com>
**Sent:** Friday, October 6, 2023 9:29 AM
**To:** Gabe Liberman <gabe@4851111.com>
**Subject:** RE: In re U Street, LLC

915350 // RIT IV // U Street, LLC // 3006 Tomato Alley, Sacramento CA // Warren
In re U Street, LLC
Chapter 11 Bankruptcy Case No. 23-23504 (US BK ED CA)
Representing: Residential Investment Trust IV

Hi Gabe:

I saw the Chapter 11 filing. Let's chat about the status of the project and what you anticipate for timing for a refinance or sale. Thanks.

Glenn C. Kelble, Esq.

 Sweeney & Kelble APC

445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071
(310) 955-4050  x701
glenn@ksgklaw.com
www.ksgklaw.com

This electronic transmission (including any attachments) is intended for the use of the individual or group to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this electronic transmission is not the intended recipient you are hereby notified that any dissemination or copying of this communication is strictly prohibited. Moreover, if you are not the intended recipient and have received this communication in error, please delete, or otherwise permanently destroy the original transmission, together with any and all copies of same. Thank you.

**From:** Gabe Liberman <gabe@4851111.com>
**Sent:** Friday, September 15, 2023 1:43 PM
**To:** Glenn Kelble <glenn@ksgklaw.com>
**Subject:** RE: In re U Street, LLC

Hi Glenn:
Thanks for reaching out. Yes, I am currently in the process of getting the case converted to an 11.  As for your inquiry on next steps to resolve your client's claim, here is my client's response as of today:

*We are in the process of securing private financing to settle our current lender and allocate the remaining funds required to complete our home project, which requires a relatively modest amount. Notably, we have garnered interest from several institutions keen on acquiring the standing units for workforce housing or rental communities. Our plan is to sell the entire project once we obtain the certificate of occupancy for the units.*

More to follow on details of course, but its Debtor's goal to keep things moving forward for the benefit of all parties.

**LAW OFFICES OF GABRIEL LIBERMAN, APC**
**LIBERMAN & WATKINS, LLP**
**Office:** 916-485-1111 ext. 102
**Fax**: 916-437-4285
**E-mail:** gabe@4851111.com
**Visit us:** www.GabelibermanLaw.com
***New Sacramento Location:*** *1545 River Park Drive, STE 530, Sacramento CA 95815*

***We would love your feedback. Post a review to our profile.***
*https://q.page/r/CWINf1vFMOr0EB0/review*

ACQUISITION NOTICE: The Law Offices of Gabriel Liberman acquired the following law firms: Hughes Financial Law, the Law Offices of John Tosney and CoBen & Associates. Our legal team is capable of bringing you some of the best legal services in California. We are honored to serve you.

CONFIDENTIALITY NOTICE: This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. THE INFORMATION CONTAINED IN THIS ELECTRONIC MAIL TRANSMISSION IS CONFIDENTIAL AND MAY BE PROTECTED FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK-PRODUCT PRIVILEGES. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender immediately by electronic mail or telephone at 916.485.1111, of any unintended recipients and delete the original message without making any copies.

**From:** Glenn Kelble <glenn@ksgklaw.com>
**Sent:** Friday, September 15, 2023 12:43 PM
**To:** Gabe Liberman <gabe@4851111.com>
**Subject:** In re U Street, LLC

In re U Street, LLC
Chapter 7 Bankruptcy Case No. 23-22986 (US BK ED CA)
Representing: Residential Investment Trust IV

Hi Gabriel:

Our office represents Residential Investment Trust IV, the senior lender on the debtor's Sacramento property (original lender Anchor Loans, LP). I see that you will be counsel for U Street and that you may be seeking to convert to a Chapter 11. I am glad to discuss the matter with you. It would be helpful to know how you anticipate the completion and marketing of the property will go.

Glenn C. Kelble, Esq.

K Sweeney & Kelble APC

445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071
(310) 955-4050  x701
glenn@ksgklaw.com
www.ksgklaw.com

This electronic transmission (including any attachments) is intended for the use of the individual or group to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this electronic transmission is not the intended recipient you are hereby notified that any dissemination or copying of this communication is strictly prohibited. Moreover, if you are not the intended recipient and have received this communication in error, please delete, or otherwise permanently destroy the original transmission, together with any and all copies of same. Thank you.

| **From:** | Gabe Liberman <gabe@4851111.com> |
| **Sent:** | Thursday, March 7, 2024 10:03 AM |
| **To:** | Glenn Kelble |
| **Subject:** | RE: In re U Street, LLC |

Hi Glenn:
Sorry, been back to back in meetings both yesterday and today.
Judge continued status hearing to 5/1 at 11am.

Debtor stated it should be completing units in 6 weeks and financing thereafter.

*Gabe Liberman*
**Attorney**

**LAW OFFICES OF GABRIEL LIBERMAN, APC**
**LIBERMAN & WATKINS, LLP**
**Office:** 916-485-1111 ext. 102
**Fax**: 916-437-4285
**E-mail:** gabe@4851111.com
**Visit us:** www.GabelibermanLaw.com
*New Sacramento Location: 1545 River Park Drive, STE 530, Sacramento CA 95815*

***We would love your feedback. Post a review to our profile.***
*https://g.page/r/CWINf1vFMOr0EB0/review*

ACQUISITION NOTICE: The Law Offices of Gabriel Liberman acquired the following law firms: Hughes Financial Law, the Law Offices of John Tosney and CoBen & Associates. Our legal team is capable of bringing you some of the best legal services in California. We are honored to serve you.

CONFIDENTIALITY NOTICE: This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. THE INFORMATION CONTAINED IN THIS ELECTRONIC MAIL TRANSMISSION IS CONFIDENTIAL AND MAY BE PROTECTED FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK-PRODUCT PRIVILEGES. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender immediately by electronic mail or telephone at 916.485.1111, of any unintended recipients and delete the original message without making any copies.

**From:** Glenn Kelble <glenn@ksgklaw.com>
**Sent:** Thursday, March 7, 2024 9:18 AM
**To:** Gabe Liberman <gabe@4851111.com>
**Subject:** RE: In re U Street, LLC

Hi Gabriel: Can you give me a call to discuss what transpired at the status conference and discuss updates with debtor's progress with construction/sale/refi? Thanks.

Glenn C. Kelble, Esq.

Sweeney & Kelble APC

445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071

(310) 955-4050  x701
glenn@ksgklaw.com
www.ksgklaw.com

This electronic transmission (including any attachments) is intended for the use of the individual or group to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this electronic transmission is not the intended recipient you are hereby notified that any dissemination or copying of this communication is strictly prohibited. Moreover, if you are not the intended recipient and have received this communication in error, please delete, or otherwise permanently destroy the original transmission, together with any and all copies of same. Thank you.

**From:** Glenn Kelble
**Sent:** Wednesday, March 6, 2024 9:22 AM
**To:** Gabe Liberman <gabe@4851111.com>
**Subject:** RE: In re U Street, LLC

Hi Gabe:

I can't make it for the status conference at 11 today. Can you give me an update on the construction? Thanks.

Glenn C. Kelble, Esq.

 Sweeney & Kelble APC

445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071
(310) 955-4050  x701
glenn@ksgklaw.com
www.ksgklaw.com

This electronic transmission (including any attachments) is intended for the use of the individual or group to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this electronic transmission is not the intended recipient you are hereby notified that any dissemination or copying of this communication is strictly prohibited. Moreover, if you are not the intended recipient and have received this communication in error, please delete, or otherwise permanently destroy the original transmission, together with any and all copies of same. Thank you.

**From:** Gabe Liberman <gabe@4851111.com>
**Sent:** Wednesday, February 7, 2024 3:02 PM
**To:** Glenn Kelble <glenn@ksgklaw.com>
**Subject:** RE: In re U Street, LLC

Glenn:
I spoke with debtor's representative and confirmed that they have began construction and have a 90 day timeline to complete all three units and refinance thereafter.

I can call you tomorrow to discuss further if needed.

*Gabe Liberman*
*Attorney*

**LAW OFFICES OF GABRIEL LIBERMAN, APC**

**LIBERMAN & WATKINS, LLP**
**Office:** 916-485-1111 ext. 102
**Fax**: 916-437-4285
**E-mail:** gabe@4851111.com
**Visit us:** www.GabelibermanLaw.com
*New Sacramento Location: 1545 River Park Drive, STE 530, Sacramento CA 95815*

*We would love your feedback. Post a review to our profile.*
*https://q.page/r/CWINf1vFMOr0EB0/review*

ACQUISITION NOTICE: The Law Offices of Gabriel Liberman acquired the following law firms: Hughes Financial Law, the Law Offices of John Tosney and CoBen & Associates. Our legal team is capable of bringing you some of the best legal services in California. We are honored to serve you.

CONFIDENTIALITY NOTICE: This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. THE INFORMATION CONTAINED IN THIS ELECTRONIC MAIL TRANSMISSION IS CONFIDENTIAL AND MAY BE PROTECTED FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK-PRODUCT PRIVILEGES. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender immediately by electronic mail or telephone at 916.485.1111, of any unintended recipients and delete the original message without making any copies.

**From:** Glenn Kelble <glenn@ksgklaw.com>
**Sent:** Wednesday, February 7, 2024 11:44 AM
**To:** Gabe Liberman <gabe@4851111.com>
**Subject:** In re U Street, LLC

In re U Street, LLC
Chapter 11 Bankruptcy Case No. 23-23504 (US BK ED CA)
Representing: Residential Investment Trust IV

Hi Gabriel:

I wanted to chat about the status of the case and the property. Please give me a call when you have a moment. Thanks.

Glenn C. Kelble, Esq.

 Sweeney & Kelble APC

445 S. Figueroa Street, 31ˢᵗ Floor
Los Angeles, CA 90071
(310) 955-4050  x701
glenn@ksgklaw.com
www.ksgklaw.com

This electronic transmission (including any attachments) is intended for the use of the individual or group to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this electronic transmission is not the intended recipient you are hereby notified that any dissemination or copying of this communication is strictly prohibited. Moreover, if you are not the intended recipient and have received this communication in error, please delete, or otherwise permanently destroy the original transmission, together with any and all copies of same. Thank you.

# Exhibit 2



Photographs





# Exhibit 3

Property Taxes

# Sacramento County's
# Online Property Tax Bill Information System

Parcel Number   010-0131-026-0000
Address   3006 TOMATO ALY, SACRAMENTO, CA 95817
Today's Date   09/24/2024
Tax Rate   03-005

**Default Number:** 20-19263266-00
**Additional Fees**
Redemption Fee: $15.00
Release of Equity Fee: $0.00
Lien Search Fee: $0.00

| Bill Number | Bill Type | Number of Delinquent Installments | Bill Amount | Penalty Amount | Installment Delinquent Cost | Redemption Penalties | Bill Image |
|---|---|---|---|---|---|---|---|
| 19540946 | Undefined | 1 | $241.67 | $24.16 | $20.00 | $184.62 | View Bill Image |
| 20541536 | Undefined | 2 | $1,307.73 | $130.77 | $20.00 | $765.18 | View Bill Image |
| 21272056 | Annual | 2 | $1,255.84 | $125.58 | $20.00 | $508.68 | View Bill Image |
| 22276651 | Annual | 2 | $1,317.24 | $131.72 | $20.00 | $296.40 | View Bill Image |
| 23275488 | Annual | 2 | $1,340.82 | $134.08 | $20.00 | $60.33 | View Bill Image |

Calculate payoff amounts as of: [September, 2024] [Calculate]

Total amount due if paid by the end of September, 2024 is: $7,939.82

 Pay Redemption Online

**PAY REDEMPTION ONLINE:**
The Pay Redemption Online link will take you to the Payment screen where you can select which current year tax bills or tax bill installments you want to pay online along with the redemption payoff amount.

For information regarding the Payment Plan available for Redemption default accounts, please refer to the Tax Collector's Five Year Payment Plan. (http://www.finance.saccounty.net/Tax/Pages/PaymentPlans.aspx)

A tax year runs from July 1 to June 30. This system cannot provide payoff amounts for the month of July due to year end closeout processing.

If the Redemption payoff amount does not appear on this screen, you may obtain the amount due and authorization to pay online from the Sacramento County Tax Collector's Office by calling (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays. Depending on the circumstances regarding the redemption account, authorization may not be given to pay the redemption amount by credit card or electronic check.

**HOW TO CALCULATE A PAYOFF AMOUNT:**
To calculate the amount due for a different month/year, please select the month and year you would like a payoff amount for. You cannot select a month/year that has already passed or one that falls in the next tax year. A tax year runs from July 1 to June 30. This system cannot provide payoff amounts for the month of July due to year end closeout processing.

**The Tax Collector accepts and processes payments based on the postmark date. Payments submitted with the correct payment stubs and postmark date are normally credited to the tax bill within several business days. High volume mail received during December and April will take longer to process; your account may not be credited for up to 20 days after the delinquent date. If your payment has not been posted, please contact the Sacramento County Tax Collector's Office at (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays.**

# Sacramento County's
# Online Property Tax Bill Information System

Parcel Number  010-0131-027-0000
Address  3008 TOMATO ALY, SACRAMENTO, CA 95817
Today's Date  09/24/2024
Tax Rate  03-005

**Default Number:** 20-19263267-00
**Additional Fees**
Redemption Fee: $15.00
Release of Equity Fee: $0.00
Lien Search Fee: $0.00

| Bill Number | Bill Type | Number of Delinquent Installments | Bill Amount | Penalty Amount | Installment Delinquent Cost | Redemption Penalties | Bill Image |
|---|---|---|---|---|---|---|---|
| 20541537 | Undefined | 2 | $899.38 | $89.93 | $20.00 | $526.11 | View Bill Image |
| 21272057 | Annual | 2 | $851.48 | $85.14 | $20.00 | $344.79 | View Bill Image |
| 22276652 | Annual | 2 | $892.36 | $89.24 | $20.00 | $200.70 | View Bill Image |
| 23275489 | Annual | 2 | $908.82 | $90.88 | $20.00 | $40.89 | View Bill Image |

**PAY REDEMPTION ONLINE:**

The Pay Redemption Online link will take you to the Payment screen where you can select which current year tax bills or tax bill installments you want to pay online along with the redemption payoff amount.

For information regarding the Payment Plan available for Redemption default accounts, please refer to the Tax Collector's Five Year Payment Plan. (http://www.finance.saccounty.net/Tax/Pages/PaymentPlans.aspx)

A tax year runs from July 1 to June 30. This system cannot provide payoff amounts for the month of July due to year end closeout processing.

If the Redemption payoff amount does not appear on this screen, you may obtain the amount due and authorization to pay online from the Sacramento County Tax Collector's Office by calling (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays. Depending on the circumstances regarding the redemption account, authorization may not be given to pay the redemption amount by credit card or electronic check.

**PLEASE NOTE: Activity on this redemption account that is not displayed prevents us from providing you with a payoff amount online. The amount actually due may be more than or less than the amounts shown above. Please contact the Sacramento County Tax Collector's Office at (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays.**

**The Tax Collector accepts and processes payments based on the postmark date. Payments submitted with the correct payment stubs and postmark date are normally credited to the tax bill within several business days. High volume mail received during December and April will take longer to process; your account may not be credited for up to 20 days after the delinquent date. If your payment has not been posted, please contact the Sacramento County Tax Collector's Office at (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays.**

# Sacramento County's
# Online Property Tax Bill Information System

Parcel Number   010-0131-028-0000
Address   3009 U ST, SACRAMENTO, CA 95817
Today's Date   09/24/2024
Tax Rate   <u>03-005</u>

**Default Number:** 20-19263268-00
**Additional Fees**
Redemption Fee: $15.00
Release of Equity Fee: $0.00
Lien Search Fee: $0.00

| Bill Number | Bill Type | Number of Delinquent Installments | Bill Amount | Penalty Amount | Installment Delinquent Cost | Redemption Penalties | Bill Image |
|---|---|---|---|---|---|---|---|
| 20541538 | Undefined | 2 | $899.38 | $89.93 | $20.00 | $526.11 | View Bill Image |
| 21272058 | Annual | 2 | $851.48 | $85.14 | $20.00 | $344.79 | View Bill Image |
| 22276653 | Annual | 2 | $892.36 | $89.24 | $20.00 | $200.70 | View Bill Image |
| 23275490 | Annual | 2 | $908.82 | $90.88 | $20.00 | $40.89 | View Bill Image |

<u>**PAY REDEMPTION ONLINE:**</u>

The Pay Redemption Online link will take you to the Payment screen where you can select which current year tax bills or tax bill installments you want to pay online along with the redemption payoff amount.

For information regarding the Payment Plan available for Redemption default accounts, please refer to the Tax Collector's Five Year Payment Plan. (<u>http://www.finance.saccounty.net/Tax/Pages/PaymentPlans.aspx</u>)

A tax year runs from July 1 to June 30. This system cannot provide payoff amounts for the month of July due to year end closeout processing.

If the Redemption payoff amount does not appear on this screen, you may obtain the amount due and authorization to pay online from the Sacramento County Tax Collector's Office by calling (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays. Depending on the circumstances regarding the redemption account, authorization may not be given to pay the redemption amount by credit card or electronic check.

**PLEASE NOTE: Activity on this redemption account that is not displayed prevents us from providing you with a payoff amount online. The amount actually due may be more than or less than the amounts shown above. Please contact the Sacramento County Tax Collector's Office at (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays.**

**The Tax Collector accepts and processes payments based on the postmark date. Payments submitted with the correct payment stubs and postmark date are normally credited to the tax bill within several business days. High volume mail received during December and April will take longer to process; your account may not be credited for up to 20 days after the delinquent date. If your payment has not been posted, please contact the Sacramento County Tax Collector's Office at (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays.**

# Sacramento County's
# Online Property Tax Bill Information System

Parcel Number   010-0131-029-0000
Address   3007 U ST, SACRAMENTO, CA 95817
Today's Date   09/24/2024
Tax Rate   03-005

**Default Number:** 20-19263269-00
**Additional Fees**
Redemption Fee: $15.00
Release of Equity Fee: $0.00
Lien Search Fee: $0.00

| Bill Number | Bill Type | Number of Delinquent Installments | Bill Amount | Penalty Amount | Installment Delinquent Cost | Redemption Penalties | Bill Image |
|---|---|---|---|---|---|---|---|
| 19540953 | Undefined | 1 | $241.67 | $24.16 | $20.00 | $184.62 | View Bill Image |
| 20541528 | Undefined | 2 | $1,307.73 | $130.77 | $20.00 | $765.18 | View Bill Image |
| 21272059 | Annual | 2 | $1,255.84 | $125.58 | $20.00 | $508.68 | View Bill Image |
| 22276654 | Annual | 2 | $1,317.24 | $131.72 | $20.00 | $296.40 | View Bill Image |
| 23275491 | Annual | 2 | $1,340.82 | $134.08 | $20.00 | $60.33 | View Bill Image |

Calculate payoff amounts as of: [ September, 2024 ] [ Calculate ]

Total amount due if paid by the end of September, 2024 is: $7,939.82

Pay Redemption Online

**PAY REDEMPTION ONLINE:**
The Pay Redemption Online link will take you to the Payment screen where you can select which current year tax bills or tax bill installments you want to pay online along with the redemption payoff amount.

For information regarding the Payment Plan available for Redemption default accounts, please refer to the Tax Collector's Five Year Payment Plan. (http://www.finance.saccounty.net/Tax/Pages/PaymentPlans.aspx)

A tax year runs from July 1 to June 30. This system cannot provide payoff amounts for the month of July due to year end closeout processing.

If the Redemption payoff amount does not appear on this screen, you may obtain the amount due and authorization to pay online from the Sacramento County Tax Collector's Office by calling (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays. Depending on the circumstances regarding the redemption account, authorization may not be given to pay the redemption amount by credit card or electronic check.

**HOW TO CALCULATE A PAYOFF AMOUNT:**
To calculate the amount due for a different month/year, please select the month and year you would like a payoff amount for. You cannot select a month/year that has already passed or one that falls in the next tax year. A tax year runs from July 1 to June 30. This system cannot provide payoff amounts for the month of July due to year end closeout processing.

**The Tax Collector accepts and processes payments based on the postmark date. Payments submitted with the correct payment stubs and postmark date are normally credited to the tax bill within several business days. High volume mail received during December and April will take longer to process; your account may not be credited for up to 20 days after the delinquent date. If your payment has not been posted, please contact the Sacramento County Tax Collector's Office at (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays.**

# Sacramento County's
# Online Property Tax Bill Information System

Parcel Number   010-0131-030-0000
Address   3005 U ST, SACRAMENTO, CA 95817
Today's Date   09/24/2024
Tax Rate   <u>03-005</u>

**Default Number: 20-19263270-00**
**Additional Fees**
Redemption Fee: $15.00
Release of Equity Fee: $0.00
Lien Search Fee: $0.00

| Bill Number | Bill Type | Number of Delinquent Installments | Bill Amount | Penalty Amount | Installment Delinquent Cost | Redemption Penalties | Bill Image |
|---|---|---|---|---|---|---|---|
| 19263270 | Annual | 1 | $1,091.80 | $109.18 | $20.00 | $835.38 | View Bill Image |
| 20269137 | Annual | 2 | $2,214.84 | $221.48 | $20.00 | $1,295.58 | View Bill Image |
| 21272060 | Annual | 2 | $3,524.52 | $352.46 | $20.00 | $1,427.49 | View Bill Image |
| 22276655 | Annual | 2 | $3,713.48 | $371.34 | $20.00 | $835.50 | View Bill Image |
| 23275492 | Annual | 2 | $3,675.36 | $367.54 | $20.00 | $165.39 | View Bill Image |

Calculate payoff amounts as of: [September, 2024 ▾] [Calculate]

Total amount due if paid by the end of September, 2024 is: $20,316.34

 Pay Redemption Online

**PAY REDEMPTION ONLINE:**
The Pay Redemption Online link will take you to the Payment screen where you can select which current year tax bills or tax bill installments you want to pay online along with the redemption payoff amount.

For information regarding the Payment Plan available for Redemption default accounts, please refer to the Tax Collector's Five Year Payment Plan. (http://www.finance.saccounty.net/Tax/Pages/PaymentPlans.aspx)

A tax year runs from July 1 to June 30. This system cannot provide payoff amounts for the month of July due to year end closeout processing.

If the Redemption payoff amount does not appear on this screen, you may obtain the amount due and authorization to pay online from the Sacramento County Tax Collector's Office by calling (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays. Depending on the circumstances regarding the redemption account, authorization may not be given to pay the redemption amount by credit card or electronic check.

**HOW TO CALCULATE A PAYOFF AMOUNT:**
To calculate the amount due for a different month/year, please select the month and year you would like a payoff amount for. You cannot select a month/year that has already passed or one that falls in the next tax year. A tax year runs from July 1 to June 30. This system cannot provide payoff amounts for the month of July due to year end closeout processing.

**The Tax Collector accepts and processes payments based on the postmark date. Payments submitted with the correct payment stubs and postmark date are normally credited to the tax bill within several business days. High volume mail received during December and April will take longer to process; your account may not be credited for up to 20 days after the delinquent date. If your payment has not been posted, please contact the Sacramento County Tax Collector's Office at (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays.**

# Sacramento County's
# Online Property Tax Bill Information System

Parcel Number   010-0131-031-0000
Address   3003 U ST, SACRAMENTO, CA 95817
Today's Date   09/24/2024
Tax Rate   03-005

**Default Number: 20-19263271-00**
**Additional Fees**
Redemption Fee: $15.00
Release of Equity Fee: $0.00
Lien Search Fee: $0.00

| Bill Number | Bill Type | Number of Delinquent Installments | Bill Amount | Penalty Amount | Installment Delinquent Cost | Redemption Penalties | Bill Image |
|---|---|---|---|---|---|---|---|
| 19263271 | Annual | 1 | $1,021.62 | $102.16 | $20.00 | $781.32 | View Bill Image |
| 20269138 | Annual | 2 | $2,071.46 | $207.14 | $20.00 | $1,211.73 | View Bill Image |
| 21272061 | Annual | 2 | $3,381.94 | $338.20 | $20.00 | $1,369.71 | View Bill Image |
| 22276656 | Annual | 2 | $3,565.54 | $356.56 | $20.00 | $802.20 | View Bill Image |
| 23275493 | Annual | 2 | $3,523.26 | $352.32 | $20.00 | $158.55 | View Bill Image |

Calculate payoff amounts as of: September, 2024 ▾ [Calculate]

Total amount due if paid by the end of September, 2024 is: $19,358.71

Pay Redemption Online

**PAY REDEMPTION ONLINE:**
The Pay Redemption Online link will take you to the Payment screen where you can select which current year tax bills or tax bill installments you want to pay online along with the redemption payoff amount.

For information regarding the Payment Plan available for Redemption default accounts, please refer to the Tax Collector's Five Year Payment Plan. (http://www.finance.saccounty.net/Tax/Pages/PaymentPlans.aspx)

A tax year runs from July 1 to June 30. This system cannot provide payoff amounts for the month of July due to year end closeout processing.

If the Redemption payoff amount does not appear on this screen, you may obtain the amount due and authorization to pay online from the Sacramento County Tax Collector's Office by calling (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays. Depending on the circumstances regarding the redemption account, authorization may not be given to pay the redemption amount by credit card or electronic check.

**HOW TO CALCULATE A PAYOFF AMOUNT:**
To calculate the amount due for a different month/year, please select the month and year you would like a payoff amount for. You cannot select a month/year that has already passed or one that falls in the next tax year. A tax year runs from July 1 to June 30. This system cannot provide payoff amounts for the month of July due to year end closeout processing.

**The Tax Collector accepts and processes payments based on the postmark date. Payments submitted with the correct payment stubs and postmark date are normally credited to the tax bill within several business days. High volume mail received during December and April will take longer to process; your account may not be credited for up to 20 days after the delinquent date. If your payment has not been posted, please contact the Sacramento County Tax Collector's Office at (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays.**

# Sacramento County's
# Online Property Tax Bill Information System

Parcel Number   010-0131-032-0000
Address   2031 30TH ST, SACRAMENTO, CA 95817
Today's Date   09/24/2024
Tax Rate   03-005

**Default Number: 20-19263272-00**
**Additional Fees**
Redemption Fee: $15.00
Release of Equity Fee: $0.00
Lien Search Fee: $0.00

| Bill Number | Bill Type | Number of Delinquent Installments | Bill Amount | Penalty Amount | Installment Delinquent Cost | Redemption Penalties | Bill Image |
|---|---|---|---|---|---|---|---|
| 19263272 | Annual | 1 | $1,479.87 | $147.99 | $20.00 | $1,132.20 | View Bill Image |
| 20269139 | Annual | 2 | $3,004.68 | $300.46 | $20.00 | $1,757.73 | View Bill Image |
| 21272062 | Annual | 2 | $4,639.92 | $464.00 | $20.00 | $1,879.20 | View Bill Image |
| 22276657 | Annual | 2 | $4,875.36 | $487.54 | $20.00 | $1,096.95 | View Bill Image |
| 23275494 | Annual | 2 | $4,846.44 | $484.64 | $20.00 | $218.10 | View Bill Image |

Calculate payoff amounts as of: [September, 2024 ▾]  [Calculate]

Total amount due if paid by the end of September, 2024 is: $26,930.08

 Pay Redemption Online

**PAY REDEMPTION ONLINE:**
The Pay Redemption Online link will take you to the Payment screen where you can select which current year tax bills or tax bill installments you want to pay online along with the redemption payoff amount.

For information regarding the Payment Plan available for Redemption default accounts, please refer to the Tax Collector's Five Year Payment Plan. (http://www.finance.saccounty.net/Tax/Pages/PaymentPlans.aspx)

A tax year runs from July 1 to June 30. This system cannot provide payoff amounts for the month of July due to year end closeout processing.

If the Redemption payoff amount does not appear on this screen, you may obtain the amount due and authorization to pay online from the Sacramento County Tax Collector's Office by calling (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays. Depending on the circumstances regarding the redemption account, authorization may not be given to pay the redemption amount by credit card or electronic check.

**HOW TO CALCULATE A PAYOFF AMOUNT:**
To calculate the amount due for a different month/year, please select the month and year you would like a payoff amount for. You cannot select a month/year that has already passed or one that falls in the next tax year. A tax year runs from July 1 to June 30. This system cannot provide payoff amounts for the month of July due to year end closeout processing.

**The Tax Collector accepts and processes payments based on the postmark date. Payments submitted with the correct payment stubs and postmark date are normally credited to the tax bill within several business days. High volume mail received during December and April will take longer to process; your account may not be credited for up to 20 days after the delinquent date. If your payment has not been posted, please contact the Sacramento County Tax Collector's Office at (916) 874-6622 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays.**

## CERTIFICATE OF SERVICE

United States Bankruptcy Court, Eastern District California
Case No. 23-23504-C-11

I, the undersigned, declare:

At the time of service, I was over the age of eighteen years and not a party to this action. My business address is 445 S. Figueroa St., 31st Floor, Los Angeles, CA 90071. My electronic service address is glenn@ksgklaw.com.

On September 24, 2024 I served the following document(s):

**JOINDER TO US TRUSTEE'S MOTION TO DISMISS**

I served the document(s) on the person or persons below, as follows:

SEE ATTACHED: Matrix of Registered Users of the Electronic Filing System

☒ **Electronic Service on Registered Users of the Court's Electronic Filing System.** Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered Attachment 6B1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:     September 24, 2024          /s/ Glenn C. Kelble
                                       Glenn C. Kelble



**Attachment 6B1**

**Matrix of Registered Users of the Electronic Filing System**

Case Name: U Street, LLC

Case Number: 23-23504

Date: 9/24/2024 2:57 PM

---

Office of the U.S. Trustee / Trustee / ustpregion17.sc.ecf@usdoj.gov

Gabriel Liberman / Attorney / attorney@4851111.com

Jorge Gaitan / Attorney / jorge.a.gaitan@usdoj.gov

Glenn Kelble / Attorney / glenn@ksgklaw.com